[Dntchrg] [District Notice of Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                             Case No. 6:20−bk−02725−LVV
                                                                   Chapter 7

Joseph Edward Hudick

_____Debtor*_____/

### NOTICE OF HEARING ON REAFFIRMATION AGREEMENT

   NOTICE IS GIVEN THAT:

1. A hearing in this case will be held on October 27, 2020, at 10:15 AM in Courtroom 6C, 6th Floor, George C. Young Courthouse, 400 West Washington Street, Orlando, FL 32801 on the following matter:

   Reaffirmation Agreement with Wells Fargo Bank, N.A.. re: 128 PINECREST DRIVE, SANFORD, FL 32773 (Document No. 11)

2. The Court may continue this matter upon announcement made in open court without further notice.

3. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

4. <u>Avoid delays</u>. You are reminded that Local Rule 5073−1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge, a valid Florida Bar identification card, or *pro hac vice* order. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

5. <u>Telephonic Appearance Requirement</u>. Effective March 16, 2020, and continuing until further notice, Judges in all Divisions will conduct all hearings by telephone. Parties should arrange a telephonic appearance through Court Call (866−582−6878).

Dated: September 18, 2020

FOR THE COURT
Sheryl L. Loesch , Clerk of Court
George C. Young Federal Courthouse
400 West Washington Street
Suite 5100
Orlando, FL 32801

The Clerk's office is directed to serve a copy of this notice on interested parties.

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.