## AFFIDAVIT OF JOSEPH EDWARD HUDICK

STATE OF FLORIDA

COUNTY OF Seminole

BEFORE ME, the undersigned authority, personally appeared Joseph Edward Hudick, who, after being first duly sworn, deposes and on oath says:

1. My name is Joseph Edward Hudick. I am over the age of 18 and give this affidavit.
2. I am making this affidavit in support of my request to reaffirm the Mortgage Loan held by Wells Fargo.
3. I have been advised and am aware of all risks associated with entering into a reaffirmation agreement.
4. I can afford the monthly payment of $910.22 to Wells Fargo.
5. The property at 128 Pine Crest Drive Sanford, FL has substantial equity.

Joseph Edward Hudick

State of Florida

County of Seminole

Signed and sworn to (or affirmed) before me on 10/26/2020 (date) by JOSEPH EDWARD HUDICK, who proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

____ Personally Known or

X Produced Identification Type of ID FLORIDA DRIVER LICENSE

_____ Signature of notary public

ADISON LEE GUENTHER   (Name of notary, typed, stamped or printed)

Notary Public State of FLORIDA   Stamp/Seal My commission expires: 05/19/2024



Notary Public State of Florida
Adison Lee Guenther
My Commission HH 001588
Expires 05/19/2024

Page 1 of 1